

TJS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ACE AMERICAN INSURANCE COMPANY** | : | **CIVIL ACTION** |
| v. | : | |
| **PANORAMA TOWERS, II, LLC** | : | **NO. 12-0707** |

### ORDER

**AND NOW**, this 19th day of June, 2012, upon consideration of the Petition to Confirm Arbitration Award (Document No. 1) and the respondent having failed to respond to the petition, it is **ORDERED** as follows:

1. The arbitration award issued on August 22, 2011 is **CONFIRMED**; and,

2. **JUDGMENT** is entered in favor of Ace American Insurance Company and against Panorama Towers, II, LLC in the amount of $145,687.00, together with accrued interest at the rate of 1.5% per month since January 21, 2010 and attorneys fees in the amount of $9,359.35.

FILED
JUN 19 2012
MICHAEL ___, Dep. Clerk
By ___

_____
TIMOTHY J. SAVAGE, J.

6/20/12 mailed
Panorama Towers

**ENTERED**
JUN 20 2012
**CLERK OF COURT**